UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

KAMERON MOORE #109353,

    Plaintiff,

v.

                         Case No. 2:23-cv-44

SARAH SCHROEDER, et al.,          HONORABLE PAUL L. MALONEY

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. Defendants PC Nurkala and Lt. Schroderus filed a motion for summary judgment. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on December 26, 2024, recommending that this Court grant the motion. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 30) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment (ECF No. 20) is GRANTED.

**IT IS FURTHER ORDERED** that Plaintiff's claims against Defendants Lt. Schroderus and PC Nurkala are DISMISSED WITHOUT PREJUDICE. Plaintiff's First Amendment claims against Defendant CO Schetter remains pending.

Dated: January 29, 2025                                       /s/ Paul L. Maloney
                                                                          Paul L. Maloney
                                                                          United States District Judge